# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL PELTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADOR COUNTY, CALIFORNIA,<br><br>    Defendant. | No. 2:21-CV-1968-DMC-P<br><br><br><br>ORDER |

Plaintiff, a pre-trial detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: July 5, 2022

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE