IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL PELTON,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY, CALIFORNIA,<br><br>Defendant. | No. 2:21-CV-1968-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to waive personal appearance. See ECF No. 30. Plaintiff seeks waiver of his personal appearance on January 8, 2024. This date appears to refer to the discovery cut-off date set in the Court's April 26, 2023, scheduling order. See ECF No. 28. Currently, there are no hearings set in this matter which would require Plaintiff's personal appearance and, pursuant to this Court's local rules, all motions in civil cases filed by prisoners are submitted on the papers without oral argument or hearing. Plaintiff's motion to waive personal appearance will be denied as unnecessary.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to waive personal appearance, ECF No. 30, is DENIED as unnecessary.

Dated: May 10, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE