IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL PELTON,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY, CALIFORNIA,<br><br>Defendant. | No. 2:21-cv-1968-TLN-DMC-P<br><br><br><br>**ORDER** |

Plaintiff Sean Michael Pelton ("Plaintiff"), a pre-trial detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 12, 2025, the magistrate judge filed findings and recommendations which were served on the parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. This deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed March 12, 2025, (ECF No. 43), are ADOPTED in full;

2. Gary Redman is DISMISSED as a defendant in this action;

3. Defendant Amador County's motion for summary judgment, (ECF No. 31), is GRANTED;

4. The Clerk of the Court is directed to enter judgment and close this file.

Date: March 31, 2025

                                      _____
                                      TROY L. NUNLEY
                                      CHIEF UNITED STATES DISTRICT JUDGE