IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL PELTON, | No. 2:21-CV-1968-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| AMADOR COUNTY, CALIFORNIA, | |
| Defendant. | |

Plaintiff, a pre-trial detainee proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on March 31, 2025. <u>See</u> ECF No. 45. Pending before the Court in this closed case is Plaintiff's motion for an extension of time and instructions as to how to file an appeal. <u>See</u> ECF No. 48.

Plaintiff's motion will be denied. As to an extension of time, Plaintiff seeks additional time to file additional objections to the Court's March 12, 2025, findings and recommendations. A review of the docket reflects that Plaintiff filed objections on March 28, 2025, which were considered by the District Judge, who entered an order adopting the findings and recommendations in full on March 31, 2025. Final judgment was issued the same day. To the extent Plaintiff wishes to challenge the Court's final judgment, he may do so by way of a proper motion for reconsideration. Plaintiff also seeks instructions as to how to present an appeal. Plaintiff is advised that he has a right to appeal, but the Court cannot provide legal advice as to

1  how to perfect an appeal.

2         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 48, is
3  denied in its entirety.

5  Dated:  June 13, 2025

       _____
       DENNIS M. COTA
       UNITED STATES MAGISTRATE JUDGE