UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL PELTON, <br><br> Plaintiff, <br><br> v. <br><br> AMADOR COUNTY, CALIFORNIA, <br><br> Defendant. | No. 2:21-cv-01968-TLN-DMC <br><br> **ORDER** |

This matter is before the Court on Plaintiff Sean Michael Pelton's ("Plaintiff") Motion for Reconsideration. (ECF No. 51.) No opposition has been filed. For the reasons set forth below, Plaintiff's motion is DENIED.

The Court need not recount the background facts here as they are set forth in the magistrate judge's prior order. (ECF No. 43.) On March 12, 2025, the magistrate judge recommended this Court grant Defendant Amador County's ("Defendant") motion for summary judgment. (*Id.*) On March 31, 2025, this Court adopted the magistrate judge's findings and recommendations in full and closed the case. (ECF No. 44.) The Clerk of the Court entered Judgment the same day. (ECF No. 45.) On June 30, 2025, Plaintiff filed the instant Motion for Reconsideration. (ECF No. 51.)

On motion and just terms, a district court may relieve a party from a final judgment or order for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect;
>
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
>
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
>
> (4) the judgment is void;
>
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
>
> (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

Plaintiff does not argue any of the first five categories apply (nor does the Court find them applicable), which leaves only the sixth, catchall category. Plaintiff contends he filed objections to the magistrate judge's findings and recommendation on March 28, 2025. (ECF No. 46.) Plaintiff argues notwithstanding, the Court's March 31, 2025 Order stated Plaintiff had not filed objections. (*Id.*) Accordingly, Plaintiff requests this Court issue a new ruling on the magistrate judge's findings and recommendations after considering Plaintiff's objections. (*Id.*)

As an initial matter, the Court notes that the magistrate judge issued findings and recommendations on March 12, 2025. (ECF No. 43.) The findings and recommendations stated that any party could file written objections within 14 days after service. (*Id.* at 12.) Accordingly, objections to the findings and recommendations were due on March 26, 2025. Because Plaintiff's objections were filed on March 28, 2025, the objections were untimely.

Nonetheless, the Court now considers Plaintiff's untimely objections and, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and

2

1  recommendations to be supported by the record and by proper analysis.

2  Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 51) is DENIED.

3  IT IS SO ORDERED.

4  Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE